UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Country Inn by Carlson, suing as Country Inn & Suites by Carlson, Inc.,

Plaintiff,

vs.

ORDER OF DISMISSAL

Chisholm Inns & Suites, LLP,

Defendant.

Civ. No. 00-2075 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: March 13th, 2001
At St. Paul, Minnesota

FILED MAR 13 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK